UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD DE LEON CATANGHAL,<br><br>   Plaintiff,<br><br> v.<br><br>GREYHOUND LINES, INC.,<br><br>   Defendant. | Case No. 1:22-cv-00961-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Plaintiff Gerald De Leon Catanghal is proceeding *pro se* in this civil action alleging violations of the Americans with Disabilities Act. On August 2, 2022, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 2). Upon review, Plaintiff has made the requisite showing required by 28 U.S.C. § 1915(a). Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is granted.

IT IS SO ORDERED.

 Dated: **August 8, 2022**      /s/ Erica P. Grosjean
                  UNITED STATES MAGISTRATE JUDGE