UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD DE LEON CATANGHAL,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC.,<br><br>Defendant. | Case No. 1:22-cv-00961-ADA-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 7) |

Plaintiff Gerald De Leon Catanghal ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this action on August 2, 2022, under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12112 *et seq.*, and alleges that Defendant Greyhound Lines, Inc. has engaged in discriminatory employment practices. (*See* ECF No. 1.) Plaintiff further alleges that Defendant has engaged in unfair labor practices pursuant to 5 U.S.C. § 7116. (*Id.* at 10.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

After Plaintiff chose to stand on his complaint following an initial screening order, the assigned Magistrate Judge issued findings and recommendations on January 4, 2023, recommending that this action be dismissed for failure to state a claim. (ECF No. 7.)

The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen days. (*Id.* at 10.) No objections were filed, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 4, 2023, (ECF No. 7), are adopted in full;
2. This action is dismissed for failure to state a claim upon which relief may be granted; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   March 7, 2023

_____
UNITED STATES DISTRICT JUDGE